## Edwina Larson, Appellee, v. Wanda Slowik, Appellant.

### Gen. No. 44,563.

opinion filed January 24, 1949; rehearing denied February 4, 1949; released for publication February 4, 1949. Benedek & Benedek and Stephen Lee, for appellant; Ernest C. Reniff, for appellee. Opinion by JUSTICE TUOHY. **Not to be published in full.**

## Morris Realty Company, Appellant, v. Myron D. Goldberg, Appellee.

### Gen. No. 44,584.

opinion filed January 24, 1949; released for publication February 4, 1949. Jesse Marcus, for appellant; David H. Caplow and Leo Wykell, for appellee. Opinion by JUSTICE TUOHY. **Not to be published in full.**